**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ronald Wayne LEWIS, Defendant—**
**Appellant.**

**No. 11-7495.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 22, 2012.

Ronald Wayne Lewis, Appellant Pro Se. Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia; Kevin Christopher Nunnally, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Wayne Lewis seeks to appeal the district court's order denying his mo-

tion for reconsideration of the denial of his motion for a certificate of appealability with respect to the district court's February 28, 2011 order granting in part and denying in part his 28 U.S.C.A. § 2255 (West Supp.2011) motion. We conclude that Lewis failed to meet the standard for reconsideration of the order. *See Hutchinson v. Staton,* 994 F.2d 1076, 1081 (4th Cir.1993). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c)(1) (2006); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*